Attn: Discretionary Review - Urgent!!!

- Court of Criminal Appeals
- William H. "Bill" Ray
- DeEtta Mitchell

FILED IN
COURT OF CRIMINAL APPEALS
JUN 29 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
PD-0042-15 JUN 29 2015

Please review the letter I wrote to Mr. Abel Acosta, Clerk William H. "Bill" Ray. I have not received a decision on the Discretionary Review Mr. William H. "Bill" Ray submitted January 07, 2015. I have not made a request to be transferred to the Texas Department of Criminal Justice forfieting my bail. I am very pro-active in my legal matters. I submit information, documentation and undisputable evidence for my appeal and have federal cases I need to refile. Due to my medical condition and medical disabilities. My parole and release is in jeopardy. I am being penalized for my condition and disabilities. Disciplinaries effect parole and release.

Due to the fact I can prove all of my claims and the crimes being committed against me. I have been placed in a position to prevent me from proceeding in my legal matters. While all of my legal material and evidence is destroyed. I can prove my illegal incarceration, cover-up, illegally altered legal binding documents, forged judge's signature, my forged signature, fraudulent documents, retaliation, crimes committed against me by Tarrant County Jail etc... All with undisputable and undenieable evidence. I already have, and I'm still incarcerated.

The most crucial piece of evidence is me. So what is getting ready to happen to me? I am already being setup to not make parole and prevented from being released. What is next? My life?

T.D.C.J. #: 01992850
Appellate #: 02-14-00142-CR
Cause/case #: 1174887 D / SID #: 08065482

Leticia McWilliams
06-21-2015

- State Commission on Judicial Conduct
PO Box 12265
Austin, TX 78711-2265
Phn: 512-463-5533 / Tollfree 877-228-5750
Complaint Dated April 27, 2015 - Against Judge Robb Catalano
Criminal District Court Three Tim Curry Justice Center

- United States Department Of Justice
Criminal Division
Washington, DC 20530-0001
Email: criminal.division@usdoj.gov
Phn: 202-353-4641
Reference Number: PS300460922

- Tarrant County Jail
100 North Lamar St.
Fort Worth, TX 76196
County ID # 0718569 (CID#)

- Plane State Jail
904 FM 686
Dayton, TX 77535
Texas Department Of Criminal Justice # 01992850 (TDCJ#)

I Leticia Angeli McWilliams give written permission to every entity, department and persons listed. To speak with, provide all information (including legal) and all documents (including legal) regarding any and all matters (including legal) to the following:

- Deetta Mitchell
400 Chalet Dr. Lot #63
Crowely, TX 76036
Phn: 214-609-3996

- Robert "Bobby" Mitchell
Phn: 817-600-3392

- Cynthia LittleJohn / Cynthia Mitchell
4475 Dale Ave #219
La Mesa, CA 91941

Leticia McWilliams

06-20-2015

Attn: Written Permission
Leticia Angeli McWilliams
DOB: March 16, 1979
SSN: 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

I Leticia Angeli McWilliams give written permission to the following:

- William H. "Bill" Ray, P.C.
  Attorney At Law
  512 Main Street, STE. 308
  Fort Worth, TX 76102
  Phn: 817-698-9090 / Fax: 817-698-9092

- Court of Criminal Appeals Of Texas (state court)
  Po Box 12308, Capitol Station
  Austin, TX 78711
  Appellate/Appeal # 02-14-00142-CR
  Tr. Ct. No. #WR-82,187-01 (state habeas corpus)

- United States District Court (Federal Court)
  Northern District Of Texas
  501 West 10th Street
  Fort Worth, TX 76102
  Judge John McBride Room 310
  Civil Case # 4:14-CV-00912-O (Federal habeas corpus)
  Civil Case # 4:14-CV-00863-A (BJ) (civil rights § 1983)
  Judge Reed Oconner Room 310
  Civil Case # 4:14-CV-00975-O (Federal habeas corpus)

- Tim Curry Criminal Justice Center and
  Tarrant County District Attorney's Office
  401 West Belknap St.
  Fort Worth, TX 76196
  Original Charge Case/cause: #1174887 D

- State Of Texas Board of Pardons and Paroles
  8610 Shoal Creek Boulevard
  Austin, TX 78757
  Phn: 512-406-5452/ Fax: 512-406-5482
  Offender Status Line: 844-512-0461
  State ID # 08065482 (SID #)

Leticia McWilliams

06-20-2015

I am prepared for Plane State Jail/Texas Department of Criminal Justice and Tarrant County Jail to state they never received my grievances or my grievances weren't received in time. Anything to proceed in harming me, to sabotage my appeal, my cases and destroy all of my evidence. I have submitted emergency grievances regarding my medical condition and medical disabilities June 02, 2015, June 03, 2015, June 11, 2015 and June 19, 2015. I could not complete medical intake due to Tarrant County Jail sending over someone else's medical record and information under my name. I was prescribed an Albuteral Inhaler and Quar Inhaler and assigned a job based on someone else's medical information. Brittany N. Geegan in medical had to request my records and information from Tarrant County Jail and JPS Hospital. I received a disciplinary June 20, 2015 for not being able to work due to my medical disabilities. This will affect my parole and release.

I am not being given the right to complete medical intake based on my medical record and information. I don't even know if my medical record has been received and if it's my information. I have been given a disciplinary based on someone else's medical information. This is a violation of my Civil Rights. I am protected under Americans with Disabilities Act.

Mr. William H. "Bill" Ray, I have been illegally transferred to the Texas Department of Criminal Justice. Tarrant County Jail submitted someone else's medical record and medical information to Plane State Jail/Texas Department of Criminal Justice under my name. Plane State Jail/Texas Department of Criminal Justice will dispose/destroy all of my evidence, legal documents, legal papers/paperwork and all of my cases July 05, 2015. As my attorney you have only came to see me once. That was on May 20, 2014. When are you going to assist me? Are you going to assist me?

I have provided a written copy of this letter and the written permission to the Court of Criminal Appeals and De Etta Mitchell. I am asking you as my attorney to assist me in all my legal matters and concerns regarding my appeal. Please follow up with De Etta Mitchell as well as myself regarding this matter and all matters. My appeal and federal cases are being sabotaged.

T.D.C.J. #: 01992850
SID #: 08065482
CID #: 0718569
Appellate #: 02-14-00142-CR
Cause/case #: 1174887D

Leticia McWilliams

06-21-2015

Page 2 of 2

William H. "Bill" Ray,

Hello Mr. Ray, I am just now receiving my correspondence. Can you please provide me with the status of my Discretionary Review submitted January 07, 2015. I am aware, that the Discretionary Review process is a part of the appeal process. I was transferred May 06, 2015 to the Texas Department of Criminal Justice. I did not submit a written request or make a request in **open court** to be transferred.

Per Case 4:14-CV-00975-O Document 9 Filed 12/31/14 Page ID 36. The Tarrant County District Attorney's office notified (filed in a court of law) the United States District Court (federal court). "The petitioner remains confined in the Tarrant County Jail during the pendency of her appeal because she received less than a ten-year sentence and has not requested a transfer to the Texas Department of Criminal Justice. See Tex. Code Crim. Proc. art. 42.09§4". This transfer forfeits my bail.

Per the T.D.C.J. Institutional Division Inmate Tracking System commitment Data Form. On April-22-2015 T.D.C.J. received from the Court of Appeals and District, affirming appeal cause #1174887). However, the Court of Appeals and District with the Tim Curry Justice Center Tarrant County Texas. Denied my appeal December 18, 2014. You submitted for Discretionary Review January 07, 2015. With ~~~~~~~~ the Court of Criminal Appeals Texas Supreme Court Building Austin Texas.

Due to the fact that I am pro-active in my appeal and I have federal cases I need to refile. Especially based upon the Court of Criminal Appeals decision. This has greatly interfered in my legal matters. This is complete sabotage, an attempt to get rid of me, all of my legal documents, all of my legal paper work/**cases**, all of my evidence. A full fledge cover up. As of July 05, 2015. Plane State Jail/Texas Department of Criminal Justice will be disposing/destroying all of my legal material and property, everything.

I have been placed in a position to prevent me from proceeding in my legal matters while all documents and evidence is destroyed. I filed an emergency grievance regarding this matter on May 05, 2015 with Tarrant County Jail May 26, 2015, May 29, 2015 and June 11, 2015 with Plane State Jail/Texas Department of Criminal Justice. I spoke with Plane State Jail's grievance department on May 27, 2015. I was ensured I would receive a response along with my grievance on the evening of May 27, 2015. I did not receive a response or my grievance back. I have not received a response or any grievance back on this matter. The grievances here at Plane State Jail do not have **Carbon** copies. The law library here does not allow copies of anything to be made and will not make copies. So of course my grievances have not been returned to me whether processed or not for whatever reason.